**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-01342 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | ROADSCAPE NORTH FLORIDA, INC. | Date Filed (f) or Converted (c): | 07/05/2022 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 08/04/2022 |
| | | Claims Bar Date: | 10/14/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Regions Bank Checking account | $290.00 | $0.00 | | $0.00 | FA |
| 2 | Security deposit for 14476 Duval Pl W | $1,500.00 | $0.00 | | $0.00 | FA |
| 3 | Other inventory or supplies See Attached list 12/31/2021 $239,557.00 | Unknown | $0.00 | | $0.00 | FA |
| 4 | 2020 Chevrolet 1500 Other Information: 2020 Chevrolet 1500 | $25,000.00 | $0.00 | | $0.00 | FA |
| 5 | 2002 Isuzu Paint Truck | $25,000.00 | $3,740.00 | | $3,400.00 | FA |
| 6 | 2002 Isuzu Attenuater | $35,000.00 | $6,875.00 | | $6,875.00 | FA |
| 7 | Various vehicles | Unknown | $0.00 | | $0.00 | FA |
| 8 | 4 Performance Bonds with C&D Insurance and Bonding (Unknown) | Unknown | $0.00 | | $0.00 | FA |
| 9 | Refund from unearned premium of worker's compensation insurance policy with Travelers (u) | Unknown | $9,708.99 | | $9,709.00 | FA |
| 10 | Sunpass refunds (u) | Unknown | $98.40 | | $98.40 | FA |
| 11 | Machinery & equipment | Unknown | $13,260.80 | | $31,644.80 | FA |
| Asset Notes: | (Listed on the attachment to Schedule A/B Line 47.4, D.E. 2) (This also includes the inventory & supplies in Asset # 3) | | | | | |
| 12 | 1995 Ford CF8000 Long Line Paint truck (u) | Unknown | $3,190.00 | | $3,190.00 | FA |
| 13 | 2021 Isuzu NPR-HD truck | Unknown | $4,549.68 | | $40,340.80 | FA |
| Asset Notes: | (Possibly listed on the attachment to Schedule A/B Line 47.4, D.E. 2) | | | | | |
| 14 | 2020 Isuzu NPR-HD truck | Unknown | $4,549.69 | | $36,400.00 | FA |
| Asset Notes: | (Possibly listed on the attachment to Schedule A/B Line 47.4, D.E. 2) | | | | | |
| 15 | MRL Mini Mac 1500 Thermoplastic detail striper | Unknown | $3,600.00 | | $67,100.00 | FA |
| Asset Notes: | (Possibly listed on the attachment to Schedule A/B Line 47.4, D.E. 2) | | | | | |
| 16 | MRL MM400 Thermoplastic detail striper | Unknown | $3,600.00 | | $42,900.00 | FA |
| Asset Notes: | (Possibly listed on the attachment to Schedule A/B Line 47.4, D.E. 2) | | | | | |
| 17 | 2021 Trinity Attenuator | Unknown | $3,600.00 | | $8,800.00 | FA |
| Asset Notes: | (Possibly listed on the attachment to Schedule A/B Line 47.4, D.E. 2) | | | | | |
| 18 | Preference claim against Traffic Supply, Inc. (u) | Unknown | $28,000.00 | | $28,000.00 | FA |

## FORM 85
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 22-01342 | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|
| Case Name: | ROADSCAPE NORTH FLORIDA, INC. | Date Filed (f) or Converted (c): | 07/05/2022 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 08/04/2022 |
| | | Claims Bar Date: | 10/14/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | $86,790.00 | $84,772.56 | | $278,458.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/04/2023 | CLAIM QUESTIONS RESOLVED |
| 01/21/2023 | EMAIL TO STEVE VANDERWILT RE STATUS OF TAXES; ESTATE WILL PAY AUCTIONEER FEES PER ORDER ON 1/27 |
| 01/11/2023 | ORDER GRANTING APPLICATION FOR FINAL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FOR EWALD AUCTIONS, D.E. 77 - EWALD AUCTIONS AWARDED $10,840.09 FOR COMMISSION AND $5,500.00 FOR COSTS |
| 01/10/2023 | FEE APPLICATION FOR GENE JOHNSON FILED, D.E. 76 |
| 12/20/2022 | CLAIM 7 WITHDRAWN, D.E. 74 |
| 10/26/2022 | MOTION TO APPROVE COMPROMISE, D.E. 68 - TRAFFIC SUPPLY, INC. WILL PAY THE SUM OF $28,000 TO SETTLE CLAIM FOR PREFERENTIAL PAYMENT |
| | 11/22/22 ORDER APPROVING COMPROMISE, D.E. 70 |
| 10/25/2022 | MOTION FOR ORDER AUTHORIZING PAYMENT TO EWALD AUCTIONS AS ADMINISTRATIVE EXPENSE CLAIM, D.E. 67 |
| 09/13/2022 | MOTION FOR TURNOVER OF UNEARNED PREMIUM OF $9,708.99, D.E. 52; |
| | ORDER GRANTING MOTION FOR TURNOVER, D.E. 62 - BILAL SALEEM WILL TURNOVER $9,708.99 WITHIN 14 DAYS |
| 09/09/2022 | NOTICE OF AUCTION, D.E. 48 |
| | AUCTIONEER'S REPORT OF SALE, D.E. 64 |
| 09/01/2022 | ORDER GRANTING MOTION FOR TURNOVER, D.E. 44 |
| 08/29/2022 | NOTICE OF PUBLIC AUCTION, D.E. 40 |
| 08/23/2022 | NOTICE OF ABANDONMENT, D.E. 34 |
| | EMERGENCY MOTION FOR TURNOVER, D.E. 35 |
| 08/22/2022 | APPLICATION TO EMPLOY STEVEN VANDERWILT AS ACCOUNTANT, D.E. 32; ORDER, D.E. 33 |
| 08/04/2022 | APPLICATION TO EMPLOY ROBERT H. EWALD OF EWALD AUCTIONS, INC., D.E. 21; ORDER, D.E. 22 |
| 07/12/2022 | APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY, D.E. 9; ORDER, D.E. 10 |
| 07/06/2022 | ADDENDUM TO SCHEDULE A/B, D.E. 2 |

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/15/2023 | **Current Projected Date Of Final Report (TFR):** | 07/14/2023 | /s/ AARON R. COHEN |
| | | | | AARON R. COHEN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 22-01342 | | Trustee Name: | Aaron R. Cohen |
| --- | --- | --- | --- | --- |
| Case Name: | ROADSCAPE NORTH FLORIDA, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0821 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/11/2022 | | EWALD AUCTIONS INC PERSONAL PROPERTY ESCROW | NET PROCEEDS FROM AUCTION, SEE REPORT OF SALE, D.E. 64 | * | $46,965.17 | | $46,965.17 |
| | {5} | | $3,400.00 | 1129-000 | | | $46,965.17 |
| | {12} | | $2,900.00 | 1129-000 | | | $46,965.17 |
| | {6} | | $6,250.00 | 1129-000 | | | $46,965.17 |
| | {13} | | $35,715.00 | 1129-000 | | | $46,965.17 |
| | {14} | | $32,500.00 | 1129-000 | | | $46,965.17 |
| | {15} | | $61,000.00 | 1129-000 | | | $46,965.17 |
| | {16} | | $39,000.00 | 1129-000 | | | $46,965.17 |
| | {17} | | $8,000.00 | 1129-000 | | | $46,965.17 |
| | {11} | | $28,768.00 | 1129-000 | | | $46,965.17 |
| | {13} | | Buyer's premium portion $340.00 | 1129-002 | | | $46,965.17 |
| | {12} | | Buyer's premium portion $290.00 | 1129-002 | | | $46,965.17 |
| | {6} | | Buyer's premium portion $625.00 | 1129-002 | | | $46,965.17 |
| | {13} | | Buyer's premium portion $4,285.80 | 1129-002 | | | $46,965.17 |
| | {14} | | Buyer's premium portion $3,900.00 | 1129-002 | | | $46,965.17 |
| | {15} | | Buyer's premium portion $6,100.00 | 1129-002 | | | $46,965.17 |
| | {16} | | Buyer's premium portion $3,900.00 | 1129-002 | | | $46,965.17 |
| | {17} | | Buyer's premium portion $800.00 | 1129-002 | | | $46,965.17 |
| | {11} | | Buyer's premium portion $2,876.80 | 1129-002 | | | $46,965.17 |
| | | | Payoff lien of Tokyo Assets ($67,301.43) | 4210-002 | | | $46,965.17 |
| | | | Payoff lien of Ascentium Assets ($108,000.00) | 4210-002 | | | $46,965.17 |
| | | | Payoff lien to Commercial Business Funding, Inc. per Sale Order ($12,000.00) | 4210-002 | | | $46,965.17 |

| | | | **SUBTOTALS** | | $46,965.17 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 22-01342 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | ROADSCAPE NORTH FLORIDA, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0821 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Payoff lien to Small Business Administration ($6,384.00) (The SBA funds were inadvertently distributed to Commercial Business Funding instead of the SBA. Commercial Business Funding refunded the overpayment on 10/28/22) | 4210-002 | | | $46,965.17 |
| 10/11/2022 | (10) | SUNPASS | SUNPASS REFUND | 1229-000 | $9.40 | | $46,974.57 |
| 10/11/2022 | (10) | SUNPASS | Sunpass refund | 1229-000 | $22.30 | | $46,996.87 |
| 10/11/2022 | (10) | SUNPASS | SUNPASS REFUND | 1229-000 | $62.22 | | $47,059.09 |
| 10/11/2022 | (10) | SUNPASS | SUNPASS REFUND | 1229-000 | $4.48 | | $47,063.57 |
| 10/17/2022 | (9) | BILAL S. SALEEM | PARTIAL TURNOVER OF FUNDS PER ORDER GRANTING TURNOVER, D.E. 62 | 1229-000 | $5,700.00 | | $52,763.57 |
| 10/25/2022 | 3001 | FedEx | Invoice number 7-925-64091 | 2990-000 | | $31.40 | $52,732.17 |
| 10/26/2022 | (9) | BILAL S. SALEEM | PARTIAL TURNOVER OF FUNDS PER ORDER GRANTING TURNOVER, D.E. 62 | 1229-000 | $1,000.00 | | $53,732.17 |
| 10/26/2022 | (18) | TRAFFIC SUPPLY, INC | SETTLEMENT OF PREFERENTIAL PAYMENT CLAIM PER MOTION TO APPROVE COMPROMISE, D.E. 68 | 1241-000 | $28,000.00 | | $81,732.17 |
| 10/28/2022 | | COMMERCIAL BUSINESS FUNDING CORP | Refund on overpayment to Commercial Business Funding | 4210-002 | | ($6,384.00) | $88,116.17 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $65.93 | $88,050.24 |
| 11/03/2022 | 3002 | BRC Florida Holdings LLC | Administrative expense claim of landlord per Order, D.E. 28 | 2990-000 | | $3,000.00 | $85,050.24 |
| 11/09/2022 | 3003 | US Small Business Administration | SBA Loan No 8206; Payment per Order authorizing sale, D.E. 54 | 4210-000 | | $6,384.00 | $78,666.24 |
| 11/21/2022 | (9) | SALIHA JERDOUH | PARTIAL TURNOVER OF FUNDS PER ORDER GRANTING TURNOVER, D.E. 62 | 1229-000 | $2,000.00 | | $80,666.24 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $130.61 | $80,535.63 |
| | | | **SUBTOTALS** | | **$36,798.40** | **$3,227.94** | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 22-01342 | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | ROADSCAPE NORTH FLORIDA, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0821 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2022 | (9) | BILAL SALEEM | PARTIAL TURNOVER OF FUNDS PER ORDER GRANTING TURNOVER, D.E. 62 | 1229-000 | $1,009.00 | | $81,544.63 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $130.64 | $81,413.99 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $131.37 | $81,282.62 |
| 02/07/2023 | 3004 | Robert Ewald | Auctioneer fees paid per Order, D.E. 77 | 3610-000 | | $10,840.09 | $70,442.53 |
| 02/07/2023 | 3005 | Robert Ewald | Auctioneer expenses paid per, Order D.E. 77 | 3610-000 | | $5,500.00 | $64,942.53 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $105.71 | $64,836.82 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $111.37 | $64,725.45 |

|  |  |  |
|---|---|---|
| TOTALS: | $84,772.57 | $20,047.12 | $64,725.45 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $84,772.57 | $20,047.12 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $84,772.57 | $20,047.12 | |

| For the period of 04/01/2022 to 03/31/2023 | | For the entire history of the account between 10/11/2022 to 3/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $255,340.40 | Total Compensable Receipts: | $255,340.40 |
| Total Non-Compensable Receipts: | $23,117.60 | Total Non-Compensable Receipts: | $23,117.60 |
| Total Comp/Non Comp Receipts: | $278,458.00 | Total Comp/Non Comp Receipts: | $278,458.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,047.12 | Total Compensable Disbursements: | $20,047.12 |
| Total Non-Compensable Disbursements: | $193,685.43 | Total Non-Compensable Disbursements: | $193,685.43 |
| Total Comp/Non Comp Disbursements: | $213,732.55 | Total Comp/Non Comp Disbursements: | $213,732.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| | |  | | |
|---|---|---|---|---|
| Case No. | 22-01342 | | Trustee Name: | Aaron R. Cohen |
| Case Name: | ROADSCAPE NORTH FLORIDA, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0821 | | Checking Acct #: | ******4201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | dda |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $22,299,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $84,772.57 | $20,047.12 | $64,725.45 |

| For the period of 04/01/2022 to 03/31/2023 | | For the entire history of the account between 10/11/2022 to 3/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $255,340.40 | Total Compensable Receipts: | $255,340.40 |
| Total Non-Compensable Receipts: | $23,117.60 | Total Non-Compensable Receipts: | $23,117.60 |
| Total Comp/Non Comp Receipts: | $278,458.00 | Total Comp/Non Comp Receipts: | $278,458.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,047.12 | Total Compensable Disbursements: | $20,047.12 |
| Total Non-Compensable Disbursements: | $193,685.43 | Total Non-Compensable Disbursements: | $193,685.43 |
| Total Comp/Non Comp Disbursements: | $213,732.55 | Total Comp/Non Comp Disbursements: | $213,732.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ AARON R. COHEN

AARON R. COHEN